UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Ramon GONZALEZ-Rodriguez,**<br><br>Defendant | Magistrate Docket No. **'08 MJ 1816**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **June 09, 2008** within the Southern District of California, defendant, **Ramon GONZALEZ-Rodriguez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF June, 2008

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Ramon GONZALEZ-Rodriguez

## PROBABLE CAUSE STATEMENT

On June 09, 2008, Border Patrol Agent J. Carrillo was performing linewatch duties for the Imperial Beach Border Patrol Station near an area known as "Merchant's Perch." This area is approximately three miles east of the San Ysidro, California Port of Entry and approximately 100 yards north of the United States/Mexico International Border.

At approximately 9:00 P.M., Agent Carrillo was advised of a seismic intrusion device activation near his location. Agent Carrillo along with Border Patrol Agent J. Moguel responded to the area. With the assistance of the inside scope operator they were directed to the location where the subjects were last observed. After a brief search, the Agents encountered four individuals attempting to conceal themselves in some thick brush. Agent Carrillo then performed an immigration inspection. Agent Carrillo identified himself as a Border Patrol agent and questioned each of the individuals, including one later identified as the defendant **Ramon GONZALEZ-Rodriguez**, as to their citizenship. All four admitted to being citizens and nationals of Mexico without any immigration documents that allowed them to legally enter or remain in the United States. All four were placed under arrest and transported to the Imperial Beach Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **November 28, 2006** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda Rights. The defendant stated that he understood his rights and was willing to give a statement without an attorney present. The defendant freely admitted to being a citizen of Mexico present in the United States illegally, with no immigration documents allowing him to be in and stay in the United States. The defendant also stated that he was attempting to travel to Bakersfield, California.